FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\# 05409-025
(Inmate Number)

Brian Stoops
(Name of Plaintiff)

P.O. Box 1000, USP Lewisburg
(Address of Plaintiff)

Lewisburg, PA 17837

vs.

(1) Warden B.A. Bledsoe, (2) A.W. Young
(3) S.I.S. Parrin, (4) S.I.S. Heath, (5) S.I.S. Dreese
(6) C/O R. Spade, (7) C/O Cross, (8) C/O Figlo
(Names of Defendants)

11-433
(Case Number)

COMPLAINT

FILED
SCRANTON

MAR 0 7 2011

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                     _X_ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   
   N/A
   
   I have never filed a lawsuit.

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      _X_ Yes  ___ No
   
   B. Have you filed a grievance concerning the facts relating to this complaint?
      _X_ Yes  ___ No
      
      If your answer is no, explain why not _____
   
   C. Is the grievance process completed? _X_ Yes ___ No
   
   SEE Enclosed

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant ① B.A. Bledsoe _____ is employed as WARDEN _____ at United States Penitentiary Lewisburg

B. Additional defendants ② Associate Warden Young, is employed as Associate Warden at USP Lewisburg. ③ Mrs. Heath is employed as Special Investigative Services Lt. at USP Lewisburg, ④ Mr. Dreese is employed as Special Investigate Services Lt. at USP Lewisburg ⑤ F. Parrin is employed as Special Investigative Administrator at USP Lewisburg. ⑥ R. Spade is employed as a Correctional Officer at USP Lewisburg ⑦ C. Webb is employed as a Correctional Officer at USP Lewisburg ⑧ Mrs. Figlo is employed as a Correctional Officer at USP Lewisburg.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. I was designated to the Special Management Unit in 2009 while housed in Protective Custody at USP Hazelton. I filed a BP-11 #56799-7 A1 appealing my designation to the S.M.U. It was never answered. I arrived at USP Lewisburg on Nov. 30 2009 and immediately told C/O Cross that I feared for my safety due to the fact that it is well known what happens to inmates who have been on Protective Custody status. Usually they are violently assaulted. I told C/O Cross that I feared for my safety from all white inmates especially the California Aryan Brotherhood. Nothing was done regardless of my pleas and I was placed into general population.

2. On Dec 7, 2009 I filed BP-11 #573182-A1 to the Central office appealing my placement and noting my fear of assault. See Attached form #1. On Jan 4, 2010 I was assaulted by 2 inmates in the recreation pens. After being seen and treated by medical staff C/O Figlo escorted me back to my unit. We encountered staff bringing inmates back from the rec pens. She stopped my in the hall and had me stand in the walkway while staff brought in inmates that had just attacked me in the recreation pen, putting my safety in jeopardy again. See Attached #2.

3. Continued the grievance process and stated my fear of white inmates at all levels only to be denied and was continually placed with California inmates. I filed BP-9 to B.A. Bledsoe #593105-F1 after being placed in the cell with Brendon Mosker a known California Aryan Brotherhood patchholder only to be told he was not a member of their gang. C/O Webb tried to place me in a cell with a white supremist and when I explained to her that I feared for my safety I was written up and placed in restraints. She also tried to place inmate O'Flanagan in the cell with me, he being one of the inmates that attacked me on Jan 4, 2010. She showed deliberate indifference to my physical safety.

SEE ATTACHED EXHIBIT "A"

2

A

Continued from page 2

On Oct 28 2010 I was again placed in a cell with a known violent California Aryan Brotherhood member. Who knowing who I was and my previous Protective Custody status proceeded to attack me with a razor blade and slash my face causing 2 deep cuts across my face requiring stitches.

This is after I had filed for 8½ months stating my fear of California inmates, yet the S.I.S. LC's Heath, Dreese, and Perrin continued to place these inmates both in my cell and in my rec cages. Neglecting to take my numerous attempts to convince them of the threat to my safety serious.

S.I.S. LT's Heath, Dreese, and Perrin finally conducted a threat assessment after 13 months of my pleading and immediately determined that there is a threat to my safety from other white inmates.

Associate Warden Young is responsible for all inmate moves and despite my numerous requests to him showing my filings for seperation from California inmates he ultimately has showed indifference to my safety and ignored my pleas for Protection from white inmates. On each occasion he has approved for these inmates to be put in my cell and rec cages.

I, BRIAN STOOPS, declare this to be true and correct.

Feb 2 2011, B. Stoops

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Would like the court to find that the defendants have acted in a manner that has shown indifference and neglect in doing their duties to protect my eighth amendment rights. And set this matter for trial.

2. Would like the court to award to me compensatory damages in the amount of $5,000.00 for the injuries that I recieved.

3. Finally I ask the court to award me punitive damages in the amount of $3,000.00 from each defendant for placing me in danger and acting in a reckless manner. And any other sanctions this court deems appropriate.

Signed this 2ND day of FEBUARY, 2011.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

FEB 2 2011                         _____
(Date)                              (Signature of Plaintiff)

LEW [illegible]
ADMINISTRATIVE REMEDY PROGRAM
ATTACHMENT A

## INFORMAL RESOLUTION ATTEMPT

In accordance with Program Statement 1330.13, Administrative Remedy Program, this form will serve as documentation by the respective staff member and his unit manager to indicate an informal attempt to resolve the complaint of the following inmate:

NAME: Brian Stoops     Reg. No. 05409-025

FORM TO INMATE: _____ STAFF _____
                  (Date)              (Name)           (Unit)

A BP-229(13) WILL NOT ORDINARILY BE ACCEPTED WITHOUT THIS COMPLETED FORM ATTACHED

------------------------------------------------------------

1. Nature of Complaint (to be completed by inmate):

On Oct 28, 2010, I was moved from J-Block after an altercation with my cellmate (A Californian) to D-Block. Despite the fact that staff knew that I have problems with California inmates and all White Supremists, I placed in yet another cell with an California inmate (TAYLOR) who knew of my situation and my ongoing problems with the California Aryan Brotherhood and White Supremist groups, and proceeded to attack me and slash my face with a razor blade trying to slice my neck.

I have brought my situation to staff's attention at all levels only to be denied at all levels. What more do I have to endure before my claims are believed?

I WANT IT DOCUMENTED HERE THAT I FEAR FOR MY SAFETY AT THIS INSTITUTION FROM ALL WHITE INMATES.

I request to be put on continued REC ALONE, CELL ALONE STATUS.

I Also Request STATE PLACEMENT FOR THE REMAINDER OF MY TIME, AS MY CONTINUED PLACEMENT AT THIS INSTITUTION IS A BLATANT DISREGARD FOR MY SAFETY AND A VIOLATION OF MY EIGHTH AMENDMEND RIGHTS!!

REPLY REQUESTED AS COPIES HAVE BEEN SENT TO MY LAWYER AND THE ACLU.       Brian Stoops

ATTACHED FORMS SHOW MY ATTEMPTS TO BRING MY PROBLEMS TO the proper staff's attention.

Admin. Remedy No.: 593105-F1
Part B - Response

## ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy dated June 6, 2010, wherein you request an immediate transfer to a state correctional facility due to fearing for your safety. You claim despite staff knowing your ongoing problems with white supremist groups, a white supremist was placed into your cell on May 11, 2010.

A review into this matter was conducted and on May 21, 2010, you assaulted your cell mate as noted above while he was in hand restraints. This inmate does not have an assignment on record of belonging to a white supremist group.

In view of the above, there is no basis for relief, and your request for Administrative Remedy has been denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

6·16·10
Date

B. A. Bledsoe, Warden

Bureau of Prisons — REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **STOOPS, BRIAN L**     05409-025    J-123    USP Lewisburg
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** ON 5-11-10 Brandon Marker a known California Aryan Brotherhood patch holder was placed in the cell with me. S.I.S is aware of both his standing with them and my ongoing problems with all white supremists groups, yet he was placed in my cell, with no regard for my safety. I notified C/O Treibley verbally and on paper that I needed to be moved to another cell as I feared for my safety, as B. Marker had started making comments that if his "brothers" called for it, he'd have to move on me. C/O Treibley told me "he had no where to move me and to do what I had to do." I had to be the aggresor as staff here take nothing seriously. Once again I'm notifying you that, "I FEAR FOR MY PHYSICAL SAFETY AT THIS FACILITY. I request an immediate transfer to a state facility-

6-6-10
DATE                                                                                    B. Stoops
                                                                          SIGNATURE OF REQUESTER

**Part B- RESPONSE**




_____
DATE                                                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                                 CASE NUMBER: 593105-F1

                                                              CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                                  _____
DATE                                             RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP LVN                                                                 BP-229(13)
                                                                         APRIL 1982

Admin. Remedy No.: 575484-F1
Part B - Response

### ADMINISTRATIVE REMEDY RESPONSE

In your request for Administrative Remedy, you claim you were assaulted on January 4, 2010, and staff have shown blatant disregard for your safety and never investigated the assault. You claim you were assaulted by members of a disruptive group and you have now been placed in a cell with an inmate from the same geographic region. You claim your continued presence at this institution places your safety at risk. You are requesting to be placed in a single cell, be placed in a single recreation pen, and to be transferred immediately.

An inquiry was conducted into this matter and you were assaulted by two inmates in a recreation pen. Staff conducted interviews after the incident in an attempt to determine the cause of the assault. Records reflect neither of the inmates who assaulted you are affiliated with the disruptive group nor from the specific geographic region. Records reflect your current cell mate is from the geographic region, however, he has no affiliation with the disruptive group. As a result, no evidence of staff misconduct was found.

Based on the above, your request for administrative remedy is denied. If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

2·12·10
Date

B. A. Bledsoe, Warden

**U.S. DEPARTMENT OF JUSTICE**      **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **STOOPS, BRIAN. L**    **05409-025**    **J-3-09**    **Lewisburg**
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST** I feel that my EIGHTH AMENDMENT RIGHTS ARE BEING violated in that after I was assaulted on Jan. 4, 2010, S.I.S. has shown blatant disregard for my safety and never conducted an investigation into the assault. I was assaulted by "Friends" of the California Aryan Brotherhood and have now been placed in a cell with an inmate from California.
I feel that my continued presense at this institution puts my safety at risk.

I have stated my concerns to several members of staff, yet nobody has done NOTHING!
**I FEAR FOR MY SAFETY AT THIS INSTITUTION!!**
I request to be placed back on Cell alone, Rec Alone status and to be transferred.

**JAN 23, 2010**     **Immediately!**     *B. Stoops*
DATE                                                       SIGNATURE OF REQUESTER

**Part B- RESPONSE**




_____            _____
DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE           CASE NUMBER: **575484-F1**

---

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____    _____    _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                      _____
DATE                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      PRINTED ON RECYCLED PAPER      BP-229(13) APRIL 1982

**STOOPS, Brian**
Reg. No. 05409-025
Appeal No. 575484-R1
Page One

---

### Part B - Response

You appeal the response from the Warden at USP Lewisburg regarding your allegation staff has shown blatant disregard for your safety. You state you were assaulted on January 4, 2010, and staff has not investigated this incident or provided you protective custody as previously requested. You claim you were assaulted by prospective members of a disruptive group and you have now been placed in a cell with an inmate from the same geographic region. You note you have not been interviewed and continue to feel your presence at USP Lewisburg places your safety in jeopardy. You request to be placed in a single cell, in a recreation by yourself and to be transferred.

A review of your appeal revealed you were assaulted on January 4, 2010, by two inmates in a recreation pen. Staff conducted interviews after the incident in an attempt to determine the cause of the assault. As indicated by the Warden, neither of the assailants are affiliated with the specific disruptive group in question nor from that specific geographic region. USP Lewisburg considers safety and security issues when moving inmates and making cell/housing assignments. There was no indication of any safety issues prior to this incident. Institution staff has advised there are no known issues between you and your current cell mate. There is also no known and verified reason you need to be celled alone. You should advise staff if there are issues with another inmate so an assessment can be conducted. We find staff has handled your situation in an appropriate manner. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: March 23, 2010       J. L. NORWOOD
                           Regional Director

**U.S. Department of Justice**  
Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _____  _____  _____  _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

[handwritten, partially illegible] ... being assaulted on JAN 4, 2010 ... staff was shown ... and have done nothing to ensure my safety ... protection several times in writing before and after the assault of JAN 4, 2010 as can be seen with ... paperwork. I am even now being celled with an inmate ... will not be moved even though I've made clear that I fear for my safety. The warden answered my BP-9 ... that after the ... is all interviews. I've not been interviewed to ... date. I fear that my safety is in jeopardy and want to be moved to a single cell and single rec unit ... be transferred. I FEAR FOR MY SAFETY!!

2-16-2010
DATE                                                  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                  _____
DATE                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                CASE NUMBER: 575484-R1

---

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____  _____  _____  _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____          _____
DATE                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                BP-230(13)
                                                       JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 19, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : BRIAN STOOPS, 05409-025
      LEWISBURG USP       UNT: BREWER SMU      QTR: ~~Z01-024LAD~~
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG, PA 17837

D328L

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 573182-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : DECEMBER 14, 2009
SUBJECT 1       : TRANSFER - OTHER
SUBJECT 2       : SPECIAL MANAGEMENT UNIT
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS         : YOU HAVE APPEALED SMU PLACEMENT IN 567997-A1 WHICH
                  IS CURRENTLY PENDING A RESPONSE. CONDITIONS OF YOUR
                  CONFINEMENT MUST BE REVIEWED AT ALL LEVELS.

Filed 567997-A1 on Nov. 2, 2009
No Response.

U.S. Department of Justice
Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __STOOPS  BRIAN  L.__ __05409-025__ __SHU 008__ __Lewisburg__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Was designated to SMU, However, I left USP Hazelton after being assaulted and was placed on Protective Custody status. Seriously feel that my safety and security are in dire jeopardy if left at this institution. If it is found out the reason I left USP Hazelton, there is no doubt what-so-ever what will happen to me here. I am not an overly aggressive person and my sole goal is to make it home to my family in 5 years. Not to get stabbed, beat or die due to my checking in at another institution. I request an immediate transfer to another institution to finish my time in a safe and secure environment.

__Dec. 7, 2009__        __Bri Stoops__
DATE                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**

DEC 1 4 2009

Administrative Remedy Section
Federal Bureau of Prisons

---

DATE                         GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

**Part C - RECEIPT**
                             CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

DATE                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

```
BRIAN STOOPS, 05409-025                    208
LEWISBURG USP     UNT: D-BLOCK    QTR: D02-209L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837
```

**U.S. Department of Justice**
Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **STOOPS, BRIAN, L**    **05409-025**    **J3-19**    **USP Lewisburg**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** WAS PLACED AT USP LEWISBURG SMU ON NOV. 30, 2009 And subsequently attacked on JAN. 4 2010, after several attempts to make it known to staff that I feared for my safety at this institution, I made my situation known to Counselor Ullsh, S.I.S. LT. HEATH, my whole Unit Team, AW Rear, and the WARDEN. I have also filed to the regional Director and before my placement At Lewisburg, I filed to this office in 567997-A1 that was NEVER ANSWERED. I feel my safety and 8th Amendment Rights have and are being violated at all levels, I fear for my safety at this institution and wish to be transferred for my safety to Another institution Immediately.

4-12-10    I FEAR FOR MY SAFETY!!!    Brian Stoops
DATE                                                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
APR 19 2010
Administrative Remedy Center
Federal Bureau of Prisons

_____
DATE

**ORIGINAL: RETURN TO INMATE**

GENERAL COUNSEL
CASE NUMBER: **575484-A1**

---

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____      _____
DATE                                     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    PRINTED ON RECYCLED PAPER    BP-231(13) JUNE 2002

**Administrative Remedy No. 575484-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you state your safety is in danger, citing an incident from January 4, 2010, upon which you rely as proof. You claim to have expressed your fears several times to staff, but to no avail. You reference appeal 567997-A1 as indicative of staff ignoring your claims. You request solitary recreation, single cell assignment, and a transfer.

Contrary to your claims, staff pay close attention to every safety concern raised by inmates. Appeal 567997-A1 received a response in January 2010, three months before you filed this appeal. As noted in that response, you have not provided any evidence suggesting your life is in danger simply because you are confined to the Special Management Unit (SMU). Given your lengthy history of disruptive conduct, your placement in the SMU program appears appropriate and affords greater management of your interactions with other inmates.

You state the inmates who purportedly assaulted you in January 2010 were Californians and members of the Aryan Brotherhood. You support your claims regarding safety concerns stating your cell mate is also from California. Each inmate assigned to the SMU is carefully screened to ensure known threats are not assigned to the same unit and we add not every inmate from California is affiliated with a security threat group or is intent on doing you harm. You did not provide any evidence suggesting your current housing arrangement poses a threat to your safety nor did we find any. Should you experience or perceive threats to your safety, we encourage you to immediately notify appropriate staff as doing so will permit them to thoroughly consider any such issue.

Your readiness for transfer to a traditional institutional setting will be considered by staff at appropriate intervals in accord with Program Statement 5217.01, Special Management Units. In the meantime, we encourage your full cooperation with staff, compliance with institutional rules, and meaningful participation in all program elements. Your appeal is denied.

_September 20, 2010_
Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice | **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **STOOPS, BRIAN L**    **05909-025**    **C-126**    **Lewisburg SMU**
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** FEEL THAT my 8th Amendment Rights Are continuously being violated at this program as I am a target by white inmates as I checked in at my former institution. It is widely known to staff what always happens to inmates in my position. I have on several occasions made my fear for my safety known only to be denied and put into more dangerous situations. Staff here has acted with deliberate indifference to my safety despite my ongoing filing of fear from white inmates. Including California Inmates. Yet EVERY cell mate I have had here at this program has been either associates of the California Aryan Brotherhood or from CAlifornia. Staff have placed these inmates in my cell in retaliation for using the grievance procedures. I was attacked on Oct 28, 2010 by an Inmate from California, even though I've made it well known to staff of my fear of California inmates. I am now distigured due to this attack and negligence by staff. I appeal the WARDENS decesion to 4970-F2 in which I ask to be transferred. I have enclosed proof that I've made my concerns known since my arrival here. I request an transfer and a Seperation order from all white inmates at this institution. I seriously FEAR FOR MY SAFETY AT THIS PROGRAM!

DATE **DEC. 27, 2010**      SIGNATURE OF REQUESTER **B. Stoops**

**Part B - RESPONSE**

---

 

---

DATE            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE      CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

STOOPS, Brian
Reg. No. 05409-025
Appeal No. 614970-R1
Page One

---

### Part B - Response

You appeal the response from the Warden at USP Lewisburg claiming your Eighth Amendment Rights are being violated. You allege you cannot be celled with inmates associated with the Aryan Brotherhood or White inmates from California. You request to be transferred from USP Lewisburg.

Upon review of your appeal, this office confirmed that your safety concerns and request for protective custody were referred to the proper authority for investigation. A thorough investigation of your claims and request for protection was conducted. Upon conclusion of the investigation, it was determined you cannot be celled with particular groups of inmates. The SIS office will closely monitor you and your cell assignments to ensure safety, security and compatibility is maintained. Once you successfully complete the Special Management Unit Program, you may be given transfer consideration. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: February 1, 2011

J. L. NORWOOD
Regional Director

