UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN STOOPS, | : Civil No. 1:CV-11-0433 |
| Plaintiff | : |
| | : Hon. John E. Jones III |
| v. | : |
| WARDEN B. A. BLEDSOE, et al., | : |
| Defendants | : |

FILED
HARRISBURG, PA
JUN 0 6 2011
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## MOTION TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE

Plaintiff Brian Stoops hereby files this motion to voluntarily dismiss his complaint pursuant to Rule 41(a)(1)(i). Defendants have not yet filed an answer or a motion for summary judgment in this matter. Plaintiff states that he has informed counsel for the Bureau of Prisons of his intent to dismiss this action with prejudice.

Respectfully submitted,

/s/ Brian Stoops

Brian Stoops
Reg No. 05409-025
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA  17837